# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-529M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| GEORGE RAMIREZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Smuggling Aliens for Gain; Transporting Illegal Aliens; Aiding and Abetting

<u>Date of Detention Hearing</u>:   October 5, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant, a United States citizen, is charged by complaint with transporting

01 citizens and nationals of India to enter the United States without prior official authorization, for
02 private financial gain. When stopped by the border patrol, defendant gave a false name and
03 claimed that he was a citizen of Mexico who was in this country illegally.
04     (2)    Defendant's criminal history, consisting primarily of driving offenses, failure to
05 comply, assault in the 4th degree, possession of stolen property, and alcohol related offenses,
06 shows numerous failure to appear, warrant activity, and revocation of deferred prosecution. His
07 probation officer reports that his compliance has been a "rocky road", in that he has missed
08 probation appointments, received new criminal charges, failed to attend victims panel, and failed
09 to attend drug and alcohol treatment.
10     (3)    The defendant provided discrepant information regarding his residence. Pretrial
11 Services was not able to verify the defendant's current or any prior employment, fnancial
12 information or drug and/or alcohol use.
13     (4)    The defendant poses a risk of nonappearance due to his history of failing to appear,
14 history of failing to comply with court orders, his use of alias identifiers, discrepant information
15 regarding his background, and lack of knowledge regarding his current residence. He is viewed
16 as a risk of danger due to his criminal history.
17     (5)    There does not appear to be any condition or combination of conditions that will
18 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
19 to other persons or the community.
20 It is therefore ORDERED:
21     (1)    Defendant shall be detained pending trial and committed to the custody of the
22     Attorney General for confinement in a correction facility separate, to the extent

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of October, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                           15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 3