UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE RAMIREZ,<br><br>        Defendant. | Case No. CR06-363-JCC<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 10, 2008. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Don Reno, and defendant was represented by Thomas Hillier, III. U.S. Probation Officer Jennifer Van Flandern was also present. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on February 23, 2008 by the Honorable John C. Coughenour transporting illegal aliens. He received five months of imprisonment and three years of supervision.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRIOR VIOLATIONS OR MODIFICATIONS

On June 18, 2007, a violation report and request for summons was submitted to the Court alleging defendant failed to report and consumed cocaine. Before appearing on the summons, defendant reported to the Whatcom County jail to serve a 285 day sentence for DUI. Based on the length of the DUI sentence, the Court took no action on the two violations.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated June 2, 2008, Supervising U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of VUCSA – Possession with intent to deliver marijuana, in violation of the condition that defendant not commit another crime.

Defendant admitted violation 1. Defendant was advised of his right to an evidentiary hearing and waived any hearing as to whether the violations occurred. Defendant was informed the matter would be set for a disposition hearing before Judge Coughenour. No request for detention was made and defendant remains in the community.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 10th day of November, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2